IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 APR 17 AM 6:51

OFFICE OF THE CLERK

| | |
|---|---|
| JOHNIE B. SIKES, JR., an Individual, JUDITH SIKES, an Individual, LOUP VALLEY LAND, LLC, a Nebraska Limited Liability Company, and SIKES, LLC, a Nebraska Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, CHARLES F. CONNER, Acting Secretary, and its agency the FARM SERVICE AGENCY,<br><br>Defendants | Case Number: 8:07CV496<br><br>**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For  Plaintiffs | 4/16/08 |
| [signature] | For  Defendants | 4/16/08 |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_____          _____
          Date                                                         United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03