IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNIE B. SIKES, JR., an Individual, JUDITH SIKES, an Individual, LOUP VALLEY LAND, LLC, a Nebraska Limited Liability Company, and SIKES, LLC, a Nebraska Limited Liability Company, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV496 |
| v. | ) ) ) | ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE, CHARLES F. CONNER, Acting Secretary, and Its Agency the FARM SERVICE AGENCY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice (filing 19), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

IT IS ORDERED, ADJUDGED AND DECREED that the Stipulation [19] is granted, and this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED April 23, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge